FILED
Oct 29  2 04 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER SAVAGE, Administratrix, et al. ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:00 CV 1158 (JBA) |
| ) | |
| SCRIPTO-TOKAI CORPORATION, et al. ) | October 27, 2003 |

## MOTION FOR EXTENSION OF TIME

The plaintiffs in the above captioned matter, pursuant to Local Rule 7(b)(2), hereby request that the court grant a thirty (30) day extension of the Dismissal Date from 11/1/03 to 12/1/03. This extension is necessary in order to obtain Probate Court approval of the settlement.

Counsel for the defendants has no objection to this motion.

The Plaintiffs

By /s/
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
(203) 624-9500

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 27th day of October, 2003, to:

James H. Rotondo, Esquire
Charlsa D. Broadus, Esquire
Day Berry & Howard
CityPlace I
185 Asylum Street
Hartford, CT 06103-3499

Keith A. Sipprelle, Esquire
Van, Etten, Suzumoto & Becket LLP
1620 26th Street
Suite 6000
Santa Monica, CA 90404

_____
Michael A. Stratton