219

mot ext

FILED
Oct 29  2 04 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER SAVAGE, Administratrix, et al. ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:00 CV 1158 (JBA) |
| ) | |
| SCRIPTO-TOKAI CORPORATION, et al. ) | October 27, 2003 |

## MOTION FOR EXTENSION OF TIME

The plaintiffs in the above captioned matter, pursuant to Local Rule 7(b)(2), hereby request that the court grant a thirty (30) day extension of the Dismissal Date from 11/1/03 to 12/1/03. This extension is necessary in order to obtain Probate Court approval of the settlement.

Counsel for the defendants has no objection to this motion.

The Plaintiffs

By _____
Michael A. Stratton
Stratton Faxon
59 Elm Street
New Haven, CT 06510
Federal Bar No. ct08166
(203) 624-9500

10/30/03: Motion GRANTED to and including 12/1/03.
IT IS SO ORDERED.
Dated at New Haven, Connecticut.
Janet Bond Arterton, U.S.D.J.

FILED
Oct 31  11 51 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.