UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JENNIFER SAVAGE, et al. | : | CIVIL ACTION NO. 3:00 CV 1158 (JBA) |
| | : | |
| Plaintiffs, | : | |
| vs. | : | |
| | : | |
| SCRIPTO-TOKAI CORPORATION, | : | |
| | : | |
| Defendant. | : | DECEMBER 8, 2003 |
| | : | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs, Jennifer

Savage, Administratrix of the Estate of Marie Savage, Carol Colon, as Guardian for the Minors

Mary Ann Savage and Jessica Savage, and Dawn Savage, and the defendant, Scripto-Tokai

Corporation, by and through their attorneys, hereby stipulate that this action may be dismissed

with prejudice and without either costs or attorney's fees being assessed to any of the above

named parties.  Subject to the approval of this Court, this Court shall retain jurisdiction over

action and over the parties for the purposes of enforcing this Order and for enforcement,

interpretation and implementation of the terms and provisions of the settlement agreements

between the parties and the January 4, 2001 Protective Order, pursuant to which the parties agree

that this case will be dismissed.  There shall be no right of appeal.

PLAINTIFFS,
JENNIFER SAVAGE, Administratrix of the
Estate of Marie Savage, CAROL COLON, As
Guardian for the Minors Mary Ann Savage and
Jessica Marie Savage, and DAWN SAVAGE


By _____

    Michael A. Stratton (ct08166)
    Stratton Faxon
    59 Elm Street
    New Haven CT 06510
    (203) 624-9500
    (203) 624-9100 (fax)
    Their Attorney


DEFENDANT,
SCRIPTO-TOKAI CORPORATION


By _____

    James H. Rotondo (ct05173)
    Day, Berry & Howard LLP
    CityPlace I
    Hartford, Connecticut 06103-3499
    (860) 275-0100
    (860) 275-0343 (fax)
    Its Attorney

**<u>CERTIFICATION</u>**

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this date to:

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven CT 06510

Mark K. Suzumoto, Esq.
Keith A. Sipprelle, Esq.
Van Etten, Suzumoto & Beckett, LLP
1620 26th Street, Suite 6000 North
Santa Monica CA 90404

Christopher T. Goulden, Esq.
Larracuente and Goulden, LLC
1115 Main Street, Suite 402
Bridgeport CT 06604

_____
James H. Rotondo