

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JENNIFER SAVAGE, et al. | : CIVIL ACTION NO. 3:00CV 1158 (JBA) |
| Plaintiffs, | : |
| vs. | : |
| SCRIPTO-TOKAI CORPORATION, | : |
| Defendant. | : DECEMBER 8, 2003 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the plaintiffs, Jennifer Savage, Administratrix of the Estate of Marie Savage, Carol Colon, as Guardian for the Minors Mary Ann Savage and Jessica Savage, and Dawn Savage, and the defendant, Scripto-Tokai Corporation, by and through their attorneys, hereby stipulate that this action may be dismissed with prejudice and without either costs or attorney's fees being assessed to any of the above named parties. Subject to the approval of this Court, this Court shall retain jurisdiction over action and over the parties for the purposes of enforcing this Order and for enforcement, interpretation and implementation of the terms and provisions of the settlement agreements between the parties and the January 4, 2001 Protective Order, pursuant to which the parties agree that this case will be dismissed. There shall be no right of appeal.

GRANTED
Kevin F. Rowe, Clerk
By Deputy Clerk _Jeanne Reoto_